# UNITED STATES BANKRUPTCY COURT

## Western District of Washington

**Chapter 13 Debtor(s) Requirement to Send Documents to the Trustee**

**IMPORTANT INFORMATION – Please Read**

This notice contains important information about <u>documents you must provide to the bankruptcy trustee</u>. These documents are required for each bankruptcy debtor, in addition to the documents that must be filed with the bankruptcy court. The trustee assigned to your case is:

Michael G. Malaier
5219 N Shirley St Ste 101
Ruston, WA 98407
253–680–4062

PLEASE CONTACT YOUR TRUSTEE AT THE PHONE NUMBER ABOVE, OR VISIT THE COURT'S WEBSITE AT https://www.wawb.uscourts.gov/united–states–trustee , FOR DIRECTIONS ON HOW TO SEND DOCUMENTS TO THE TRUSTEE IN A SAFE AND SECURE MANNER.

**<u>Due now</u>**: As soon as you receive this notice, you are required to complete and submit the attached Chapter 13 Information Sheet to your trustee. The trustee will send a payroll directive to the employer listed on the sheet, if appropriate.

**<u>Due 7 days prior to the first date set for the § 341 meeting of creditors:</u>** You are required to provide COPIES of the following documents (or a written statement that the documentation does not exist or is not in your possession) to the trustee at least 7 days prior to the first date set for the § 341 meeting of creditors, which is scheduled for **July 2, 2026**, via Zoom video meeting:

1. A clear copy of (1) your **government–issued photo identification**, and (2) **evidence of your Social Security number** or a written statement that you have no Social Security number.
2. Your **Federal income tax return** for the most recent tax year ending immediately before the filing of your bankruptcy petition and for which a Federal income tax return was filed, including any attachments, or a transcript of the tax return.
3. **Statements** for each of your checking, savings, and investment accounts, including money market accounts, mutual funds and brokerage accounts for the time period that includes the date of the filing of the petition. Your petition was filed on **May 26, 2026**.
4. **Payment advices** or other evidence of payment (i.e., pay stubs and/or earnings statements) received from an employer within 60 days before the filing of the bankruptcy petition.
5. An **original signed declaration** attached to the front of the documents listed above. The declaration attached to this notice contains the required language. If you have filed a joint bankruptcy case with your spouse, both debtors must sign the declaration.

**<u>Notice:</u>** If you fail to provide these documents to the trustee at least 7 days before your § 341 meeting of creditors, your case may be DISMISSED.

**<u>Additional Documentation:</u>** The trustee may request additional documents depending upon your case, and you may also have other duties to perform that are not listed here. For additional information about § 341 meetings of creditors, please visit https://www.justice.gov/ust/moc.

In Re:      Andrea Jack                                          Case No.: 26–41544–MJH
            Debtor(s).                                           Chapter: 13

**Declaration Re: Debtor's Required Documents for Trustee**

I/we declare under penalty of perjury that the attached documents are true copies of the originals.

Please check the documents from the following list that are attached to this declaration.
[ ] Federal Income Tax Return
[ ] Payment Advices (i.e. Pay Stubs and/or Earning Statements)
[ ] Checking, Savings or Investment Account Statement(s)
[ ] Other (please explain) _____

_____

_____

_____

_____

_____


_____          _____          _____
Debtor's Printed Name                         Debtor's Signature                         Date


_____          _____          _____
Joint Debtor's Printed Name (If any)          Joint Debtor's Signature (If any)          Date

# CHAPTER 13 TRUSTEE INFORMATION SHEET

Debtors are required to complete and file this information sheet with the Chapter 13 Trustee **at the time a Chapter 13 case is filed**. The trustee will send a payroll directive, if appropriate, to the employer at the address listed on this sheet. Failure to list the proper payroll address may result in payment delinquency and a motion to dismiss by the trustee. If the plan provides for preconfirmation adequate protection payments or payments on a current obligation such as a mortgage, it is imperative for debtors to make the first plan payment to the trustee immediately rather than waiting for a payroll deduction to take effect, so that the trustee can disburse funds as soon as is practicable after the claim is filed. Payments must be made by cashier's check or money order with the case number listed, sent to the trustee's regular payment address.

**CASE #:** _____

| **DEBTOR 1** | **DEBTOR 2** |
|---|---|
| NAME: | NAME: |
| _____ | _____ |
| | [  ]  *Address is the same as Debtor 1* |
| HOME ADDRESS: | HOME ADDRESS: |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| MAILING ADDRESS: | MAILING ADDRESS: |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| EMAIL:_____ | EMAIL:_____ |
| HOME PHONE:_____ | HOME PHONE:_____ |

**Employer addresses and phone numbers**

Issue Wage Deduction on Debtor 1 or 2 (please check)

[ ]  **DEBTOR 1**

EMPLOYER NAME:_____

ADDRESS:

_____

_____

_____

PHONE: _____

FAX: _____

**PAID**:    WEEKLY [ ]         BIWEEKLY [ ]
        MONTHLY [ ]  SEMI–MONTHLY [ ]
        OTHER: _____

**DEBTOR 1 OTHER SOURCE OF INCOME:**

_____


[ ]  **DEBTOR 2**

EMPLOYER NAME:_____

ADDRESS:

_____

_____

_____

PHONE: _____

FAX: _____

**PAID**:    WEEKLY [ ]         BIWEEKLY [ ]
        MONTHLY [ ]  SEMI–MONTHLY [ ]
        OTHER: _____

**DEBTOR 2 OTHER SOURCE OF INCOME:**

_____


**Tax returns:**

Before a plan can be confirmed, debtors must file with the appropriate tax authorities all applicable Federal, State and local tax returns for all taxable periods ending during the 4–year period ending on the date of the filing of the petition.  Check the blanks below to indicate returns that have been filed; if a return has not been filed, do not check the blank. Write "NR" if you were not required to file. Write "EXT" if you have applied for an extension.

|                     | Federal      | State        | Local        |
| ------------------- | ------------ | ------------ | ------------ |
| **Most recent year**| _____   | _____   | _____   |
| **2nd year past**   | _____   | _____   | _____   |
| **3rd year past**   | _____   | _____   | _____   |
| **4th year past**   | _____   | _____   | _____   |

**If operating as a business, please attach an additional sheet listing the status of each required business return for the past 4 tax years.**

**Domestic Support Obligations:**

The trustee must have this information to send required notice to all holders of domestic support obligation claims pursuant to 11 USC §1302 (d)(1). If there are multiple claim holders, attach an additional sheet listing the name of the claim holder, and the claim holder's address and telephone number.

Debtor(s) have a domestic support obligation (please check below):

**DEBTOR 1**
[ ] YES   [ ] NO

Name of claim holder:

_____

Address:_____

_____

Phone:_____

**DEBTOR 2**
[ ] YES   [ ] NO

Name of claim holder:

_____

Address:_____

_____

Phone:_____

**Debtor(s) certify that the information listed above, including tax return status, is accurate.**

**DEBTOR 1**

_____
Signature

_____
Date

**DEBTOR 2**

_____
Signature

_____
Date