Form ntcdsm13

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

</div>

---

<div align="center">

Case No.: 26–41544–MJH
Chapter: 13

</div>

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrea Jack
10403 Dekoven Dr SW
Lakewood, WA 98499

Social Security / Individual Taxpayer ID No.:
   xxx–xx–0361

Employer Tax ID / Other nos.:

---

<div align="center">

**NOTICE OF DISMISSAL**

</div>

Notice is hereby given of the following order of the court entered on June 13, 2026:

**Ex Parte ORDER Dismissing Case for Inadequate Filing. This matter comes before the Court on the Chapter 13 Trustee's Ex Parte Application for Order Dismissing Case for Failure to File Schedules, Statements, Lists, or Plan. The debtor(s) having received notice of dismissal for failure to timely file required schedules, statements, lists and/or plan, this case is dismissed pursuant to Local Bankruptcy Rule 1017–1(d) and Fed. R. Bankr. P. 3015(b) for the debtor(s)'s failure to timely file schedules, statements, lists and/or chapter 13 plan. Hereby ordered by Judge Mary Jo Heston. This Notice of Electronic Filing is the Official ORDER for this entry.**

Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: June 13, 2026

<div style="margin-left:50%">

Sarah E. Bogosian
Clerk, U.S. Bankruptcy Court

</div>